August 28, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

HOUSTON INDEPENDENT SCHOOL DISTRICT, Appellant

NO. 14-13-01115-CV V.

PERX, AS NEXT FRIEND OF WRRX, A MINOR, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, PERX, as Next Friend of WRRX, a Minor, signed, November 18, 2013, was heard on the transcript of the record. We have inspected the record and find error in the trial court's judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment dismissing PERX's claims against HISD for lack of subject matter jurisdiction.

We further order that all costs incurred by reason of this appeal be paid by appellee, PERX, as Next Friend of WRRX, a Minor.

We further order this decision certified below for observance.